UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTIN REYES,

            Plaintiff,

  -against-

MICHAEL COGAN (SA) D.E.A.;
JAMES MATTA (SA) D.E.A.;
AL ROCCO (SA) "FNU" D.E.A.;
MORE THAN SIX (6) UNKNOWN DEA AGENTS;
DR. PRADIP M. PATEL, M.C.C. NY;
DR. ROLANDO NEWLAND, M.C.C. NY,

            Defendants.
------------------------------------------------------------X

**CIVIL**

**JUDGMENT**

07 Civ. 4731 (KMW)

**SCANNED**

      By Order dated June 4, 2007, this Court granted plaintiff sixty (60) days to amend his complaint to re-allege his claims of inadequate medical treatment and to show cause why his claim should not be dismissed as untimely. Plaintiff's amended complaint was received by this Court's *Pro Se* Office on July 5, 2007. By Order dated January 15, 2008, this Court granted plaintiff an additional sixty (60) days to submit a second amended complaint to address the timeliness of his complaint. Since plaintiff has failed to file a second amended complaint as specified it is,

      ORDERED, ADJUDGED AND DECREED: That the complaint be and it is hereby dismissed. I certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Order would not be taken in good faith.

      SO ORDERED:

                                                */s/ Loretta A. Preska*
                                                LORETTA A. PRESKA
                                                Acting Chief Judge

Dated: AUG 27 2008
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.